IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE COMMONWEALTH OF KENTUCKY DEPARTMENT FOR ENVIRONMENTAL PROTECTION, AND THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY, <br><br> **Plaintiffs,** <br><br> v. <br><br> WESTLAKE CHEMICAL OPCO LP, WESTLAKE PETROCHEMICALS LLC, WESTLAKE POLYMERS LLC, WESTLAKE STYRENE LLC, and WESTLAKE VINYLS, INC., <br><br> **Defendants.** | Civil Action No. 2:22-cv-01577 <br><br> Judge <br><br> Magistrate |

### NOTICE OF LODGING OF CONSENT DECREE PENDING SOLICITATION OF PUBLIC COMMENT

Plaintiffs, the United States of America, by and through the authority of the Attorney General of the United States and through the undersigned attorneys and acting at the request of the Administrator of the United States Environmental Protection Agency ("EPA"), the Commonwealth of Kentucky Department for Environmental Protection (the "KDEP"), and the Louisiana Department of Environment Quality (the "LDEQ"), provide notice that the attached proposed Consent Decree submitted herewith is hereby lodged with the Court pending solicitation of public comment by Plaintiffs. The proposed Consent Decree would, if entered by the Court, resolve the Plaintiffs' claims in this case. **As explained below, at this time Plaintiffs respectfully request that the Court not sign the proposed Consent Decree unless and until Plaintiffs file a Motion for Entry.**

Before the proposed Consent Decree can be finalized, the United States must satisfy requirements regarding public comment. Paragraph 121 of the proposed Consent Decree provides that the United States reserves the right to withdraw or withhold its consent if the comments regarding the Consent Decree disclose facts or considerations indicating that the Consent Decree is inappropriate, improper, or inadequate. The U.S. Department of Justice will publish in the Federal Register a notice that the proposed Consent Decree has been lodged with the Court and soliciting public comment for a period of thirty (30) days. After the close of the comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that the proposed Consent Decree is inappropriate, inadequate, or improper, and in concurrence with the LDEQ and KDEP, advise the Court whether the proposed Consent Decree should be entered.

Paragraph 122 of the proposed Consent Decree provides that the LDEQ and KDEP reserve the right to withdraw or withhold their consent if the comments regarding the Consent Decree disclose facts or considerations indicating that this Consent Decree is inappropriate, improper, or inadequate. The LDEQ will publish a notice of this Consent Decree in the newspaper of general circulation and the official journal of the parish in which the Lake Charles Plants are located, in order to provide for public comment for a period of not less than forty-five (45) days. Similarly, the KDEP will publish notice of this Consent Decree in the newspaper of general circulation and the official journal of the county in which the Calvert City plant is located, in order to provide for public comment for a period of not less than thirty (30) days. After the close of the comment periods, the LDEQ and KDEP will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that

the proposed Consent Decree is inappropriate, inadequate, or improper, and in concurrence with the United States, advise the Court whether the proposed Consent Decree should be entered.

Until such time that the three public comment periods have lapsed, and any comments received addressed, the Plaintiffs respectfully requests that the Court not sign the proposed Consent Decree.

                                    Respectfully submitted,

                                    TODD KIM
                                    Assistant Attorney General
                                    Environment and Natural Resources Division

                                    *s/ Thomas P. Carroll*

Trial Attorney:                  THOMAS P. CARROLL
                                    District of Columbia Bar No. 388593
                                    Assistant Chief, Environmental Enforcement Section
                                    Environment and Natural Resources Division
                                    U.S. Department of Justice
                                    P.O. Box 7611
                                    Washington, DC  20044-7611
                                    202-514-1134 (Phone)
                                    202-616-6584 (Fax)
                                    thomas.carroll@usdoj.gov

                                    BRANDON B. BROWN
                                    United States Attorney
                                    Western District of Louisiana

Local of Counsel:              DESIREE C. WILLIAMS (#30978)
                                    Assistant United States Attorney
                                    800 Lafayette Street, Suite 2200
                                    Lafayette, Louisiana 70501
                                    Telephone: (337) 262-6618
                                    Facsimile: (337) 262-6682
                                    Email: desiree.williams@usdoj.gov

OF COUNSEL:
Robert Parrish, Attorney-Advisor
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W. (2242A)
Washington, D.C. 20460

                                    **ATTORNEYS FOR THE UNITED STATES**

**FOR THE KENTUCKY DEPARTMENT FOR ENVIRONMENTAL PROTECTION**

*s/ Christopher Fitzpatrick*
CHRISTOPHER FITZPATRICK, General Counsel
(Ky. Bar # 82179)
Department for Environmental Protection
Office of Legal Services
Commonwealth of Kentucky
Energy and Environment Cabinet
300 Sower Boulevard
Frankfort, Kentucky 40601

**FOR THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY**

*s/ Dwana King*
BRANDON WILLIAMS, Trial Attorney (La. Bar #27139)
DWANA KING, Deputy General Counsel
(La. Bar # 20590)
Office of the Secretary, Legal Affairs Division
Louisiana Department of Environmental Quality
P.O. Box 4302
Baton Rouge, Louisiana 70821-4302
Dwana.King@La.Gov
Brandon.Williams@La.Gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2022, a copy of the foregoing "Notice of Lodging of Consent Decree Pending Solicitation of Public Comment" was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have served this filing to counsel for Defendant, by U.S. mail, postage prepaid:

Madeleine Boyer, Esq.
Beveridge & Diamond
400 W. 15th Street, Suite 1410
Austin, Texas 78701-1648

Robert Brager, Esq.
Beveridge & Diamond
201 North Charles Street, Suite 2210
Baltimore, Maryland 21201-4150

                                                *s/ Thomas P. Carroll*
                                                THOMAS P. CARROLL
                                                District of Columbia Bar No. 388593
                                                Assistant Section Chief
                                                Environmental Enforcement Section
                                                Environment and Natural Resources Division
                                                U.S. Department of Justice
                                                P.O. Box 7611
                                                Washington, DC  20044-7611
                                                Tel: 202-514-4051
                                                thomas.carroll@usdoj.gov