IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, THE COMMONWEALTH OF KENTUCKY DEPARTMENT FOR ENVIRONMENTAL PROTECTION, AND THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY, <br><br> Plaintiffs, <br><br> v. <br><br> WESTLAKE CHEMICAL OPCO LP, WESTLAKE PETROCHEMICALS LLC, WESTLAKE POLYMERS LLC, WESTLAKE STYRENE LLC, and WESTLAKE VINYLS, INC., <br><br> Defendants. | Civil Action No. 2:22-cv-01577-JDC-KK <br><br> Judge James D. Cain, Jr. <br><br> Magistrate Judge Kathleen Kay |

**PLAINTIFFS' UNOPPOSED MOTION TO ENTER CONSENT DECREE**

The United States of America ("United States"), on behalf of the United States Environmental Protection Agency ("EPA"), the Commonwealth of Kentucky Department for Environmental Protection ("KDEP"), and the Louisiana Department of Environmental Quality (the "LDEQ") (collectively, the "Plaintiffs") submit this Unopposed Motion to Enter Consent Decree. The Plaintiffs respectfully request that the Court sign the proposed Consent Decree (ECF Doc. 2-1) on page 85 and enter it as a final judgment. The Consent Decree meets the standards for entry because it is fair, reasonable and adequate, and consistent with the goals of the environmental statutes at issue in the case. A copy of the proposed Consent Decree is attached to the Memorandum in Support of this Motion.

Counsel for the United States certifies, pursuant to Local Rule 7.4.1, that this motion is filed with the consent of Westlake Chemical OpCo LP, Westlake Petrochemicals LLC, Westlake Polymers LLC, Westlake Styrene LLC, and Westlake Vinyls, Inc. (collectively, the "Defendants"). *See* Consent Decree ¶ 121 (ECF Doc. 2-1).

Entry of the Consent Decree will resolve the Plaintiffs' claims that the Defendants violated the Clean Air Act, 42 U.S.C. §§ 7401 *et seq.*, Kentucky Revised Statutes ("KRS") Chapter 224 (Environmental Protection), the Louisiana Environmental Quality Act, La. R.S. 30:2001 *et seq.*, applicable regulations, and the operating permits that incorporate those requirements. These alleged violations occurred at the Defendants' chemical manufacturing facilities located in or near Calvert City, Kentucky and Sulphur, Louisiana.

Notice of the proposed Consent Decree was published in the Federal Register in accordance with 28 C.F.R. § 50.7 and Section XXI (Public Participation) of the Consent Decree. *See* 87 Fed. Reg. 36148 (June 15, 2022). Notice of the proposed Consent Decree also was published in accordance with Kentucky and Louisiana state law requirements. For Louisiana, notice was published on August 25, 2022 in the Lake Charles American Press in accordance with La. R.S. 30:2050.7, *see* LAKE CHARLES AM. PRESS (LAKE CHARLES, LA.). For Kentucky, notice of lodging was published on August 19, 2022, at https://eec.ky.gov/Environmental-Protection/Air/Pages/Public-Notices.aspx under "Public Notice" and in the "Calvert City Lake News" newspaper –https://www.thelakenews.com in accordance with KRS 224.10-120, KRS 224.10-100(1), and KRS 224.10-100(25).

The Plaintiffs received three public comments on the Consent Decree. These comments are attached to, and addressed in, the accompanying Memorandum in Support of Plaintiffs' Unopposed Motion to Enter Consent Decree. None of the comments present reasons why the

Consent Decree is inappropriate, improper, or inadequate. 28 C.F.R. § 50.7; Consent Decree, Section XXI (Public Participation).

## CONCLUSION

For the reasons set out in the supporting memorandum, the Plaintiffs request that the Court sign the proposed Consent Decree (on page 85) and enter it as a final judgment.

Dated:  October 19, 2022                     Respectfully submitted,

                                                 FOR THE UNITED STATES OF AMERICA

                                                 TODD KIM
                                               Assistant Attorney General
                                               Environment and Natural Resources Division

<u>Attorney-in-Charge:</u>                        *s/ Thomas P. Carroll*
                                               THOMAS P. CARROLL
                                               District of Columbia Bar No. 388593
                                               Assistant Section Chief
                                               Environmental Enforcement Section
                                               Environment and Natural Resources Division
                                               U.S. Department of Justice - P.O. Box 7611
                                               Washington, DC  20044-7611
                                               Tel: 202-514-4051
                                               thomas.carroll@usdoj.gov

                                               BRANDON B. BROWN
                                               United States Attorney
                                               Western District of Louisiana

<u>Local of Counsel:</u>                           *s/ Desiree C. Williams*
                                               DESIREE C. WILLIAMS (#30978)
                                               Assistant United States Attorney
                                               800 Lafayette Street, Suite 2200
                                               Lafayette, Louisiana 70501
                                               Telephone: (337) 262-6618
                                               Email: desiree.williams@usdoj.gov

OF COUNSEL:
Robert Parrish, Attorney-Advisor
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W. (2242A)
Washington, D.C. 20460

FOR THE KENTUCKY DEPARTMENT FOR
ENVIRONMENTAL PROTECTION


*s/ Christopher Fitzpatrick*
CHRISTOPHER FITZPATRICK, General Counsel
(Ky. Bar # 82179)
Department for Environmental Protection
Office of Legal Services
Commonwealth of Kentucky
Energy and Environment Cabinet
300 Sower Boulevard
Frankfort, Kentucky 40601

FOR THE LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY


*s/ Dwana King*
DWANA KING, General Counsel
(La. Bar # 20590)
BRANDON WILLIAMS, Trial Attorney (La. Bar #27139)
Office of the Secretary, Legal Affairs Division
Louisiana Department of Environmental Quality
P.O. Box 4302
Baton Rouge, Louisiana 70821-4302
Dwana.King@La.Gov
Brandon.Williams@La.Gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2022, a copy of the foregoing Plaintiffs' Unopposed Motion to Enter Consent Decree, Memorandum in Support, and Exhibits thereto were filed electronically with the Clerk of the Court using the CM/ECF system. I also certify that I have served this filing to counsel for the Defendants, by U.S. mail, postage prepaid:

Madeleine Boyer, Esq.
Beveridge & Diamond
400 W. 15th Street, Suite 1410
Austin, Texas 78701-1648

Robert Brager, Esq.
Beveridge & Diamond
201 North Charles Street, Suite 2210
Baltimore, Maryland 21201-4150

                                  s/ *Steven D. Shermer*
                                  Steven D. Shermer
                                  District of Columbia Bar No. 486394
                                  Senior Attorney
                                  Environmental Enforcement Section
                                  Environment and Natural Resources Division
                                  U.S. Department of Justice
                                  P.O. Box 7611
                                  Washington, DC 20044-7611
                                  Tel: 202-514-1134
                                  steven.shermer@usdoj.gov